Ahren A. Tiller, Esq. (SBN: 250608)
Anika Renaud-Kim, Esq. (SBN: 272850)
Bankruptcy Law Center, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Phone: (619) 894-8831
Fax:    (866) 444-7026

Attorney for Debtors
Kory R. McCarthy and Katlyn L. McCarthy

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 19-02234-CL13 |
| KORY R. MCCARTHY<br>KATLYN L. MCCARTHY | Chapter 13 |
| | DEBTORS' OPPOSITION TO TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS |
| Debtors. | |
| | Date:  July 31, 2019<br>Time:  10:00 am<br>Dept.  5 |
| | Honorable Christopher Latham |

Comes now, Debtors, Kory R. McCarthy and Katlyn L. McCarthy, by and through their attorney of record, Ahren A. Tiller, of the Bankruptcy Law Center, A Professional Corporation, and file the following OPPOSITION TO DAVID L. SKELTON, THE STANDING CHAPTER 13 TRUSTEE, (hereinafter "Trustee")'s OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, based upon the record, argument at hearing if any, and the following Points and Authorities in Support:

# I.

# **STATEMENT OF FACTS**

1. On April 18, 2019, the Debtors filed the above-captioned Chapter 13 Bankruptcy Case (See ECF No. 1).

2. On May 31, 2019, the initial 341(a) meeting of creditors was held.

3. At the initial 341(a) hearing, the Trustee indicated that he would be filing an objection to confirmation of the chapter 13 plan.

4. On June 6, 2019, the Chapter 13 Trustee filed his Objections to Confirmation of Chapter 13 Plan and Motion to Dismiss (See ECF No. 16).  The Trustee stated in his Motion the following as the basis for his objections **(In bold):**

       i. **The Debtors have failed to apply all projected disposable income to the Plan for a period of not less than the applicable commitment period.**

           a. **Debtors are paying for motorcycle at the expense of unsecured creditors.**

           b. **Tax refunds are not being prorated on Schedule I.**

           c. **Provide proof of lower income stated on Schedule I for both husband and wife.**

           d. **Trustee disputes 122C-2 at lines: 9(deduction overstated by $337), 17 (meal deduction is not ongoing +$318.50). 23 (provide proof of telecommunication costs which do not include cell phone, internet service or landline +$60), 30 (provide proof and basis for this deduction +$39), 36 multiplier is only 7.9% +$119.64).**

           e. **The Debtors' own 122C-2 calculation would require a distribution to unsecured creditors of $50,599. Assuming Lanning applies and correcting for the income difference, the Trustee calculates a required distribution of at least $46,140 to unsecured creditors.**

      **ii.  The Plan is not proposed in good faith or does not comply with Code provisions.**

      **a. Debtors are paying for a motorcycle through the plan, despite already having two relatively new vehicles. It is not reasonable to make the Debtors' unsecured creditor subsidize the $11,111 cost of an unnecessary vehicle.**

## ARGUMENT

Debtor's counsel has met and conferred with Trustee regarding the above objections and has filed a modified plan dated June 20, 2019 to resolve the objections.  Debtors are surrendering the motorcycle, as such there a higher pro rata available for unsecured creditors.

## III.

## CONCLUSION

WHEREFORE, based on foregoing, Debtor respectfully requests Trustee's Objections to Confirmation of Chapter 13 Plan and Motion to Dismiss be denied.

Dated this June 20, 2019
                                         Submitted By:

                                         Bankruptcy Law Center, APC

                                    By:  /s/ Ahren A. Tiller
                                         Ahren A. Tiller, Esq.
                                         Attorney for Debtor

## PROOF OF SERVICE

I, Keziah Reyes, the undersigned, declare and certify as follows:

    I am over the age of eighteen years and not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of Bankruptcy Law Center, by members of the Bar of the State of California who are admitted to practice in the above-entitled Court and I made the service referred to below at their direction. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.

On **June 20, 2019**, I served true and correct copies of the following documents:

**(1)**    *Opposition to Trustee's Objection to Confirmation*

By the following method(s): *via NEF*

On the following parties:

**(1)**    **David L. Skelton,** *Trustee*
admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

    Executed on **June 20, 2019**, at San Diego, California.

                                                    /s/ Keziah Reyes
                                                  Keziah Reyes
                                                  Paralegal
                                                  Bankruptcy Law Center
                                                  1230 Columbia St., Ste 1100
                                                  San Diego, Ca 92101